RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
Nevada State Bar No. 14655
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Robert Anthony Urioste

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANTHONY URIOSTE,<br><br>　　　　　Defendant. | Case No. 2:18-mj-0417-BNW<br><br>**STIPULATION TO CONTINUE STATUS CHECK HEARING**<br>(First Request[1]) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Robert Anthony Urioste, that the Status Check Hearing currently scheduled on August 13, 2020 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

---

[1] This is the first filed, stipulated request for a continuance. The previous magistrate judge granted at least two continuances, based on requests from defense counsel, on prior occasions. *See, e.g.*, ECF No. 17, 26.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time to get in contact with defendant and to allow defendant to complete all court ordered conditions.

2. The defendant is not in custody.

3. The parties agree to the continuance.

This is the first stipulated request for a continuance of the status check hearing.

DATED this 12th day of August, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Katherine A. Tanaka*<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT ANTHONY URIOSTE,<br><br>    Defendant. | Case No. 2:18-mj-0417-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Thursday, August 13, 2020, at 1:30 p.m. be vacated and continued to 10/22/2020 at the hour of 1:30 p.m..

DATED this 13 day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE