RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Robert Anthony Urioste

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY URIOSTE,<br><br>Defendant. | Case No. 2:18-mj-0417-BNW<br><br>**STIPULATION TO CONTINUE STATUS CHECK HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, Special United States Attorney, and Rachel Kent, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Robert Anthony Urioste, that the Status Check Hearing currently scheduled on October 22, 2020 at 1:30 p.m., be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requests additional time to get in contact with defendant and to allow defendant to complete all court ordered conditions.

2. The defendant is not in custody.

3. The parties agree to the continuance.

This is the second stipulated request for a continuance of the status check hearing.

DATED this 19th day of October, 2020.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Andrew Wong*<br>ANDREW WONG<br>Assistant Federal Public Defender | By */s/ Rachel Kent*<br>RACHEL KENT<br>Special Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANTHONY URIOSTE,<br><br>　　　　Defendant. | Case No. 2:18-mj-0417-BNW<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the status check hearing currently scheduled for Thursday, October 22, 2020, at 1:30 p.m. be vacated and continued to 11/25/2020 at 9:00 AM.

DATED October 20, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3